COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

| | | |
|---|---|---|
| Anthony Michael Bowden, | § | No. 08-19-00057-CR |
| Appellant, | § | Appeal from the |
| v. | § | 384th District Court |
| The State of Texas, | § | of El Paso County, Texas |
| State. | § | (TC# CR 20160D05559) |
| | § | |

**O R D E R**

The Court GRANTS the Court Reporter's third request for an extension of time within which to file the Reporter's Record until **June 22, 2019.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WIL BECONSIDERED BY THIS COURT.

It is further ORDERED that Anita D. Garza, Official Court Reporter for the 384th District Court, for El Paso County, Texas, prepare the Reporter's Record for the above styled and numbered cause and forward the same to this Court on or before June 22, 2019.

IT IS SO ORDERED this 28th day of May, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.